[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
2/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Charles Nelson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
Chicago Police Dept
officer Nikkolia Azevevo
oficer Leslie Aguilar

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No: **1:25-cv-01407**
**Judge Steven C. Seeger**
**Magistrate Judge Gabriel A. Fuentes**
**PC 8**
**Random/Cat. 3**
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Charles Nelson

   B. List all aliases: 

   C. Prisoner identification number: 2023031812?

   D. Place of present confinement: Cook County Jail

   E. Address: 2700 S California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: City of Chicago
      Title: City
      Place of Employment: Chicago IL

   B. Defendant: Chicago Police Dept
      Title: Law enforcement
      Place of Employment: Harrison and Kedzie

   C. Defendant: Arresting officers Nikkolai Azevedo
      Title: Officers Leslie Aguilar Leslie Aguilar
      Place of Employment: Harrison and Kedzie Police Station

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Case: 1:25-cv-01407 Document #: 1 Filed: 02/10/25 Page 3 of 6 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On March 17, 2023 My constitutional Rights were violated by Chicago Police Dept. I was stabbed several times in front of my home and robbed for my positions. The police were called to the scene. I was taken Away in Ambulance taken to Mount Sinai Hospital. I made several statements to police that i wanted to press charges on my Attackers at the scene. This was done on their body cameras. My Attackers Also told police on body Camera that she had knife in her purse and that she stabbed me and throw the knife in a field. The police passed legal Judgement and did not Arrest or Charge my Attacker at all. I have had Surgeries and Almost Lose of life. It a legal Decision the CPD made without lawful Juristiction. Violating my constitutional Rights to equal Protection under the color of law.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly Ask Court to Award Mental and Physical Damages for the Neglect of my Consitutional Rights AND Medical damages here more fore

## VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 31 day of Jan, 2025

_____
(Signature of plaintiff or plaintiffs)

Charles Nelson
(Print name)

202309 18122
(I.D. Number)

4447 W Adams
Chicago IL 60624
(Address)

arles Nelson
230318122
00 S. California
Chicago IL 60608

RECEIVED

FEB 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Prisoner Correspondent
United States District Court
219 S. Dearborn St 20th flr
chicago IL 60604



02/10/2025-1